# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: BARD IMPLANTED PORT CATHETER PRODUCTS LITIGATION, <br><br>THIS DOCUMENT RELATES TO:<br><br>Carrie Franks,<br><br>C.A. No. CV-23-2163-PHX-DGC | No. **MDL Docket No. 23-3081**<br><br>**NOTICE** |
| Carrie Franks,<br><br>       Plaintiff(s),<br><br>v.<br><br>Becton Dickinson and Company, et al.,<br><br>       Defendant(s). | |

IN THE ABOVE MATTER, you are advised that the case listed above (formerly Northern District of Ohio – 3:23-cv-1845) is now consolidated with and part of MDL No. 3081 pursuant to the Transfer Order (CTO-5) filed October 12, 2023. Therefore, future pleadings pertaining to the above case will be filed in MDL No. 23-3081. The title page of these documents should be prepared as shown above.

DATE:  October 18, 2023

<u>DEBRA D. LUCAS</u>
DCE/Clerk of Court

<u>s/ M. Pruneau</u>
Deputy Clerk